# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: 25-cr-00316-ACR |
| MICHAEL DAVID TAYLOR, | : |
| Defendant. | : |

## MOTION FOR CONTINUANCE OR RE-SCHEDULING

Comes now Anthony D. Martin, counsel for the defendant and moves for a continuance or re-scheduling of the Status Hearing Scheduled for October 16th, 2025 at 2:00 pm in Court Room 12. Counsel is available on October 15th, 2025, the morning of October 16th, 2025 or all day on October 17th, 2025.

### Reason for the Requested Continuance

Counsel has a previous scheduled court appearance in the United States District Court for the District of Columbia, in the case of United States v. Jefrey Padilla-Sanchez 25-000221-M on the same date at the same hour. WHEREFORE, counsel requests this matter be set for an earlier hour on October 16th, 2025 or another date.

Respectfully submitted:

    /S/
Anthony D. Martin, 362-537
Appointed Trial Defense Counsel
6411 Ivy Lane, Suite 304
Greenbelt, MD 20770
(301) 220-3700; (310) 220-1625 (fax)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion for Continuance was filed on the date appearing below and that a copy of the same was sent electronically through the ECF system to:

        **Chris Tortorice; AUSA**
        **601 D Street NW**
        **Washington, D.C. 20530, Room 5-138**
        **(o) 202-252-7155; (c) 202-288-9203**

Dated: October 9, 2025

                                            /S/
                                    Anthony D. Martin, 362-537
                                    Appointed Trial Defense Counsel