**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | Case Number: 25-cr-00316-ACR |
| | : | |
| MICHAEL DAVID TAYLOR, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION TO WITHDRAW AS COURT APPOINTED**
**DEFENSE COUNSEL FOR THE DEFENDANT**

Comes now Anthony D. Martin, court appointed counsel for the defendant and moves without objection by Mr. Taylor or the government to withdraw as trial defense counsel for the reasons appearing below.

### *Procedural Posture*

This matter is currently scheduled for a status hearing on Thursday October 16th, at 10:30 am in Courtroom 12 before Judge Ana C. Reyes.

### *Reason for the Requested Relief*

Counsel has met with Mr. Taylor on September 5th, 11th, 15th, 29th, and October 12th, 2025, to discuss the status of the case and review discovery material, *inter alia*.  During the most recent meeting, Mr. Taylor suggested that counsel should withdraw from his case and there would be no objection on his part.   Counsel has advised the government that he would submitting a Motion to Withdraw but suggests to the court that the matter be discussed in closed session without the presence of government trial counsel.

WHEREFORE, counsel respectfully requests that this matter be heard before the status hearing takes place.

Respectfully submitted:


_____/S/_____

Anthony D. Martin, 362-537
Appointed Trial Defense Counsel
6411 Ivy Lane, Suite 304
Greenbelt, MD 20770
(301) 220-3700; (310) 220-1625 (fax)


**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw was filed on the date appearing below and that a copy of the same was sent electronically through the ECF system to:

**Daniel Seidel, AUSA**
Assistant United States Attorney
US Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20530

Dated: October 14, 2025


_____/S/_____

Anthony D. Martin, 362-537
Appointed Trial Defense Counsel

2